JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 21 2014

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES LEE WILLIAMS, II, | Case No. CV 14-05079 BRO (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| RICHARD B. IVES, | |
| Respondent. | |

    IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the related Memorandum and Order.

DATED: July 18, 2014

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE